# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Jennifer Barger v. Bayer Corporation, et al.* | No. 3:11-cv-11744-DRH-PMF |
| *Kambree Druce v. Bayer Corporation, et al.* | No. 3:10-cv-11249-DRH-PMF |
| *Kristen D. Bramer v. Bayer Corporation, et al.* | No. 3:13-cv-10761-DRH-PMF |
| *Ashley M. Negrini v. Bayer Corporation, et al.* | No. 3:12-cv-11627-DRH-PMF |
| *Tanya Steck, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10744-DRH-PMF |
| *Cory Hillman v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-12607-DRH-PMF |
| *Dana Marcoux v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-11184-DRH-PMF |
| *Tonya McDonald v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10976-DRH-PMF |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on April 1, 2015, the above captioned cases are

**DISMISSED** with prejudice. Each party shall bear their own costs.

**JUSTINE FLANAGAN,
ACTING CLERK OF COURT**

BY: __/s/*Caitlin Fischer*__
**Deputy Clerk**

Digitally signed by
David R. Herndon
Date: 2015.04.11
APPROVED: 14:59:09 -05'00'
DISTRICT JUDGE
U. S. DISTRICT COURT

Case 3:11-cv-10744-DRH-PMF Document 11 Filed 04/13/15 Page 2 of 2 Page ID #255